Chief Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CRO4-444L |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| SIMON SIYUM REZENE, | |
| Defendant. | |

## ORDER

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

1.  The parties are in need of additional time to investigate and prepare this matter for trial.  The additional time is reasonable and would allow the parties the opportunity to explore alternatives to a trial.  Because government counsel has been unavailable due to his workload on other matters, the government needs additional time to investigate and prepare responses to motions and trial.

2.  The ends of justice outweigh the best interest of the public and the defendant in a speedy trial. That failure to grant a continuance based upon the change of circumstances would result in a miscarriage of justice in that the government and defense counsel would not have adequate time to prepare the matter for trial and in order to preserve continuity of counsel;

3.  The parties have requested and stipulated to a continuance.

Order Continuing Trial Date /Rezene— 1
CR04-444L

1   IT IS HEREBY ORDERED that the trial date is continued from May 23, 2005 to
2   June 27, 2005.
3   IT IS FURTHER ORDERED that pursuant to Title 18, United States Code,
4   Section 3161(h), the period of time from the date of this order to the new trial date is
5   excluded in the computation of time under the Speedy Trial Act.
6   DONE this 20th day of May, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Bruce F. Miyake
BRUCE F. MIYAKE
Assistant United States Attorney


s/ Catherine Chaney (Per telephonic approval)
CATHERINE CHANEY
Attorney for Simon Siyum Rezene

Order Continuing Trial Date /Rezene— 2
CR04-444L